IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:11-00198 |
| | ) | Senior Judge Nixon |
| LEMANUEL HOCKETT | ) | |

### MOTION TO SET CASE FOR CHANGE OF PLEA HEARING

Comes now G. Kerry Haymaker, counsel of record for Defendant Lemanuel Hockett, and hereby moves the Court to set the above referenced matter for a change of plea hearing. The case is currently set for trial on Tuesday, June 26, 2012. Opposing counsel is in agreement with the granting of this Motion.

*[Handwritten: Granted. Re-set for July 13, 2012 at 10:30 a.m.]*

Respectfully Submitted,

HAYMAKER & HEROUX, P.C.

_s/ G. Kerry Haymaker_
G. Kerry Haymaker, B.P.R. #18695
Attorney for Defendant
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been delivered by the electronic filing system to Alex Little, Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870 on this the 20th day of June, 2012.

_s/ G. Kerry Haymaker_
G. Kerry Haymaker

1